UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY KRAMER,<br><br>   Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>   Defendant. | Case No. 18-cv-03113-RS<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE, DIRECTING MEET AND CONFER NEGOTIATIONS, AND AUTHORIZING LIMITED DISCOVERY** |

   Defendant Facebook, Inc.'s motion to dismiss is denied, without prejudice. The parties are directed to meet and confer to determine if the factual question of whether Facebook charges or has charged "cost-per-click" for "prefetches" as if they were "clicks" can be resolved in an expedited and cost-efficient manner. Unless the parties can reach agreement without doing so, they are directed to exchange initial disclosures pursuant to Rule 26. Unless the parties can reach agreement without doing so, plaintiff may take one Rule 30(b)(6) deposition limited in subject matter to this issue. The parties shall use their best efforts to resolve this matter within the next 60 days. If the matter is not resolved within 90 days, the parties shall file a joint status report. If the parties are at impasse after the Rule 30(b)(6) deposition has been taken, Facebook may file a notice that it is renewing its motion to dismiss. Unless ordered otherwise, the renewed motion to dismiss will be deemed submitted upon the filing of such notice, and will be decided without additional briefing or argument.

1  **IT IS SO ORDERED**.

3  Dated: January 17, 2019

RICHARD SEEBORG
United States District Judge