UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY KRAMER,<br><br>           Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>           Defendant. | Case No. 18-cv-03113-RS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' stipulations, their deadline to complete the meet and confer process ordered when the motion to dismiss was denied without prejudice has been repeatedly extended. While the parties have reported progress despite delays related to the COVID-19 pandemic, the length of time the matter has been pending is becoming excessive. The parties now request an additional extension, through December 14, 2020.

Given potential impacts of the holiday season, and to avoid further requests for extensions, the matter will instead be set for a Case Management Conference on January 21, 2021, with a joint Case Management Conference Statement due one week in advance. The expectation is that by that point in time, the parties will either have resolved the case, or will present a plan for going forward in light of the results of their meet and confer discussions regarding the factual question of whether Facebook charges or has charged "cost-per-click" for "prefetches" as if they were "clicks."

**IT IS SO ORDERED**.

Dated: November 17, 2020

RICHARD SEEBORG
United States District Judge